UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                              No. 15-cv-203 SI (pr)

JOSEPH TURNER,                                      **ORDER**

        Plaintiff.

_____/

        This action was dismissed pursuant to Local Rule 3-11(a) on May 7, 2015, more than 60 days after undelivered mail was returned to the court with markings indicating that the plaintiff-prisoner had been released from custody. Docket # 7. Plaintiff has sent a letter to the court stating that he is still in custody at the same address, and that the CDCR had erred in returning the mail undelivered. Docket # 10. Accordingly, the order of dismissal and judgment are now VACATED. With the dismissal having been vacated, it is now time to resume progress in this action.

        The starting place is to explain what has occurred in this action. On January 14, 2015, the court received from plaintiff a copy of an inmate appeal and response about alleged retaliation by prison officials. In order to protect plaintiff's rights, the document was filed and this new action was opened.[1] On that day, the court sent plaintiff notices that (a) he needed to file a complaint using the court's form civil rights complaint form if he wanted to proceed, (b) he needed to file an *in forma pauperis* application or pay the filing fee if he wanted to proceed, and (c) his case had been assigned to a magistrate judge and he needed to consent or decline to proceed before a magistrate judge. Docket # 2, # 3, # 4. (Those were the documents that came

---

[1] Plaintiff also has a habeas action pending, i.e., *Turner v. Price*, No. 14-cv-04374 JST (pr), but the documents received on January 14, 2015 were not marked for filing in that action.

back undelivered on February 25, 2015.) After a consent to proceed before a magistrate judge was not received by the deadline, the action was reassigned from a magistrate judge to a district judge.[2] After mail was returned undelivered and 60 more days passed without further communication from the plaintiff, the action was dismissed for plaintiff's failure to keep the court informed of his current address. In the preceding paragraph the court vacated that dismissal because plaintiff has reported that the mail was returned in error,

The next step is to explain what plaintiff must now do. No later than **June 26, 2015**, plaintiff must (a) file a civil rights complaint if he wishes to proceed, and (b) file an *in forma pauperis* application or pay the full $400.00 fee if he wishes to proceed. Failure to file a complaint by the deadline will result in the dismissal of this action. Failure to file a completed *in forma pauperis* application or pay the filing fee by the deadline also will result in the dismissal of this action. Plaintiff is cautioned that he must clearly mark the case number for this action on all his filings in it, i.e., Case No. 15-cv-203 SI (pr).

The clerk will sent to plaintiff a copy of Docket # 1, as well as the civil rights complaint form and the court's *in forma pauperis* application.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
SUSAN ILLSTON
United States District Judge

---

[2] Plaintiff has expressed confusion about the case number, and whether he has multiple cases. There is only one case in addition to his habeas action mentioned in the footnote. Various documents he has received from the court have the critical numbers (i.e., 15-203) the same, but the informational letters slightly different, which have caused the confusion. There is a "C" or a "CV" at the beginning or the middle of the case number, with either designation being used to designate that the case is a civil case. The "C" or "CV" appears at the beginning or middle of the case number, depending largely on how the document being generated was initially set up on a computer. The 2-3 initials at the end of the case number identify the judge to whom the case has been assigned and must be included on every filing in that case. The initials at the end of the case number changed from NJV to SI when this action was reassigned upon plaintiff's failure to consent to proceed before a magistrate judge. The "(pr)" designation at the end of the case number designates that the case was filed by a *pro se* prisoner, although the "(pr)" designation is omitted on some forms, depending on how the form was initially set up on the computer. Finally, there may be a "3:" at the beginning of the case number, which is simply to designate the division within the district in which the case is pending.

2