UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DUANE TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al.,<br><br>    Defendants. | No. C 15-203 SI (pr)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the Deuel Vocational Institution in Tracy, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that prison, which is located in San Joaquin County. San Joaquin County is within the venue of the Eastern District of California. Some or all of the defendants – a state agency headquartered in Sacramento County and individuals who work at the prison in San Joaquin County – apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appears to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: July 21, 2015

                                                                                    _____<br>
                                                                                      SUSAN ILLSTON<br>
                                                                     United States District Judge